IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETER WIRTH, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
SANTIAGO SEBASTIAN ORTIZ,
SANDRA CORREA AND SANTIAGO ORTIZ,

No. 1:20-cv-01340-LF-KK

           Plaintiffs,

v.

PHC-LAS CRUCES, INC., D/B/A MEMORIAL
MEDICAL CENTER OF LAS CRUCES,
LIFEPOINT HEALTH, INC., LIFEPOINT RC, INC.,
VITTORIO TALEON, MD
IFEYNWA OBI, CNM,
LA CLINICA DE FAMILIA, INC.,
FIRST STEP CENTER, INC,
LINDA VASQUEZ, R.N.

           Defendants.

## DEFENDANTS PHC-LAS CRUCES, INC. D/B/A MEMORIAL MEDICAL CENTER OF LAS CRUCES AND LINDA VASQUEZ, RN'S MOTION FOR A 6-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendants PHC-Las Cruces, Inc. d/b/a Memorial Medical Center of Las Cruces ("MMC") and Linda Vasquez, RN ("Nurse Vasquez"), by and through their attorneys of record, respectfully move for an extension of time to answer or otherwise respond to Plaintiffs' Complaint until Monday, January 4, 2021. In support of this motion, Defendants MMC and Nurse Vasquez state as follows:

1.     Plaintiffs filed their Complaint on July 20, 2020 in the First Judicial District Court, State of New Mexico.

2.     Defendant MMC filed a Motion to Dismiss the Complaint for improper venue on October 2, 2020.

3. Nurse Vasquez filed a Joinder of MMC's Motion to Dismiss on October 26, 2020.

4. The Court denied the Motion to Dismiss on December 10, 2020.

5. Following the Court's decision, and pursuant to New Mexico Rule of Civil Procedure 12(A), MMC and Nurse Vasquez's response to Plaintiffs' Complaint was due on December 24, 2020.

6. In light of the holidays, on December 21, 2020, Plaintiffs and Defendants both agreed to extend the deadline for MMC and Nurse Vasquez to respond to Plaintiffs' Complaint until January 4, 2021.

7. On December 22, 2020, the United States Attorney filed a Notice of Removal.

8. Accordingly, MMC and Nurse Vasquez's response to Plaintiffs' Complaint is due on December 29, 2020, as per Federal Rule of Civil Procedure 81(c).

9. Because of the Christmas holiday, because of the timing of when the Notice of Removal was filed and when Defendants' response to Plaintiffs' Complaint is now due, and because of the parties' prior agreement and the anticipated extension until January 4, 2021, Defense Counsel requests the same modest extension from December 29, 2020 until January 4, 2021.

10. Defendants have attempted to confirm Plaintiffs' Counsel's approval of this Motion via emails on December 23 and December 28, and two phone calls and two messages on December 28, but have not yet received a response. Plaintiffs did previously agree to extend the deadline for MMC and Nurse Vasquez to respond to Plaintiffs' Complaint until January 4, 2021.

11. These circumstances present good cause for a modest extension of time. No party will suffer prejudice as a result of this brief extension.

## **CONCLUSION**

WHEREFORE, Defendants MMC and Nurse Vasquez respectfully request that the Court grant a 6-day extension of time to answer or otherwise respond to the Complaint, up to and including January 4, 2021.

Dated:  December 28, 2020                    Respectfully submitted,


*s/ Kevin J. Kuhn*
Kevin J. Kuhn (NM Bar No. 147864)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado  80202
Telephone:    303.244.1800
Facsimile:     303.244.1879
Email:    kuhn@wtotrial.com

Attorneys for Defendants,
PHC-Las Cruces, Inc. d/b/a Memorial Medical
Center and Linda Vasquez, RN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2020, I filed the foregoing pleading electronically through the CM/ECF system and that a copy was emailed to the following parties/counsel:

| | |
|---|---|
| Joseph Cervantes<br>Joseph Isaac<br>Cervantes Scherr Legate, LC<br>901 E. University Avenue, Suite 965-L<br>Las Cruces, NM 88001<br>Telephone:    575.526.5600<br>Facsimile:      575.523.9317<br>joe@cervantesscherrlegate.com<br>jisaac@scherrlegate.com<br><br>*Attorneys for Plaintiffs* | B. Todd Thompson<br>Ian C.B. Davis<br>Joseph A. Wright<br>Thompson Miller & Simpson PLC<br>734 W. Main Street, Suite 400<br>Louisville, KY 40202<br>(502) 585-9900<br>tthompson@tmslawplc.com<br>idavis@tmslawplc.com<br>jwright@tmslawplc.com<br><br>*Counsel for LifePoint Health, Inc., & LifePoint RC, Inc.* |
| Eric M. Sommer<br>Sommer, Udall, Hardwick & Jones, P.A.<br>P.O. Box 1984<br>200 West Mercy St., Suite 129<br>Santa Fe, NM 87504-1234<br>(505) 982-4676<br>ems@sommerudall.com<br><br>*Counsel for LifePoint Health, Inc., & LifePoint RC, Inc.* | CaraLyn Banks<br>Kemp Smith Law<br>880 S. Telshor Blvd., Suite 220<br>Las Cruces, NM  88011<br>(575) 527-0023<br>caralyn.banks@kempsmith.com<br><br>*Attorney for Defendant Ifeyinwa Obi, CNM<br>Defendant Vittorio Taleon, M.D.<br>Defendant La Clinica de Familia, Inc.* |

*s/ Kevin J. Kuhn*